ACCEPTED
03-15-00043-CR
6356817
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/4/2015 5:07:15 PM
JEFFREY D. KYLE
CLERK

# KENNETH G. MAHAFFEY

*Attorney At Law*

P. O. Box 684585
Austin, TX 78768
Phone and Fax (512) 444-6557
Email *Ken_Mahaffey@yahoo.com*

August 4, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/4/2015 5:07:15 PM

JEFFREY D. KYLE
Clerk

Clerk of the Court
Third Court of Appeals
P.O. Box 12547
Austin TX 78711

**RE: <u>Opinion Sent to Kody Broxton v. State, No. 03-15-0043-CR</u>**

I represent the appellant, Mr. Broxton, in the above styled and numbered cause. This Court has issued an opinion in this case.

Under Rule 48.4, Tex. R. App. Proc., attorneys in criminal appeals are required to send a copy of the opinion to the appellant. He must also inform the appellant of the right to file a *pro se* Petition for Discretionary Review.

Rule 48.4, <u>supra</u>, also requires the attorney send the Court of Appeals a letter certifying his compliance with the rule and attaching a copy of the return receipt within the time for filing a motion for rehearing. Please find attached a copy of the letter sent to Mr. Broxton and a copy of the return receipt. A copy of the Court's opinion was attached to that letter.

Thank you for your attention to this matter. Please contact me if you have any questions or need additional documentation.

Very truly yours,

Ken Mahaffey

enc.



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

BARTLETT TX 76511

| | |
|---|---|
| Postage | $ $3.45 |
| Certified Fee | $2.80 |
| Return Reciept Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | N/A |
| | $0.71 |
| Total Postage & Fees | $ $6.96 |

Postmark Here
08/04/2015

Sent To
Kody Broxton 01972710
Street, Apt. No.; or PO Box No.    1018 Arnold Drive
City, State, ZIP+4    Bartlett TX 76511

PS Form 3800, June 2002                See Reverse for Instructions

August 4, 2015

**CERTIFIED MAIL 7004 1350 0003 0502 6143**

Kody Broxton 01972710
Bartlett State Jail
1018 Arnold Drive
Bartlett TX 76511

RE:  **Transmittal of Court of Appeals's Opinion and Judgment Affirming Your Conviction**
     **and Information on Filing Petition for Discretionary Review**

Dear Mr. Broxton:

I regret to inform you that the Court of Appeals has affirmed your conviction for Theft of property more than $1500 but less than $20,000. The Court's opinion is enclosed. This ruling lets your conviction stand with the restitution order. On the other hand, my research concerning restitution indicates the complainant would be required to file a civil claim to preserve their right to receive it. The record in your case contains statement to the effect that the complainants are unlikely to do this. Moreover, given that State Jail sentences do not include parole, it is equally unlikely that any restitution will be a condition of release. You may well not ever be saddled with any further claim.

I simply raised this issue as it was the only one I could find; guilty pleas admit all jurisdictional facts and leave sentencing in the discretion of the trial court. I did my best to challenge the restitution because I try to assert all appellate rights for each of my clients. As you know, the other cases did not involve restitution and I had to file an *Anders* Report and withdraw because there were no arguable claims supported by legal authority.

I assure you I did my best to convince the Court to grant relief in your case. The Court simply did not agree the law required a different result. Please understand the vast majority of criminal appeals are unsuccessful. This is largely because our legal system accords wide deference to trial decisions.

I was appointed only for the initial appeal to the Court of Appeals. There is no constitutional right to appointed counsel for any further challenges to your conviction. This means you must either hire counsel or proceed pro se. "Pro se" means the appellant or defendant is representing themselves without a lawyer. Since I have other clients and responsibilities, I simply cannot afford to continue your case for free. I also do not accept money from appointed clients so that I never end up in a situation where anyone feels I would have worked harder if paid privately.

You have a right to file a Petition for Discretionary Review ("PDR") with the Court of Criminal Appeals. The Court of Criminal Appeals is the highest court for criminal matters in Texas. That Court does not have to accept all appeals but decides in its "discretion" which cases to review. This means it accepts only exceptional cases where the law is in doubt or the Court of Appeals is clearly wrong. If you are unable to hire other counsel and elect to proceed pro se, the following is an explanation of how to proceed.

A PDR challenges the Court of Appeals' decision. One cannot raise issues from the trial that were not considered by the Court of Appeals. Basically, it is a short brief (15 pages or less) suggesting particular issues for the high court to review and explaining why each issue is important. The rules require you to attach a copy of the Court of Appeals opinion because this is the ruling you are asking the Court to review. The PDR process is generally governed by Rules 66 and 68 of the Texas Rules of Appellate Procedure. You should, of course, review all the Appellate Rules to ensure you are in compliance. Any PDR is due within **thirty days** after the date the Court of Appeals opinion. The address is as follows: **Court of Criminal Appeals, P.O. Box 12308, Austin TX 78711.**

I was out of town when the Court of Appeals Opinion was issued. I filed a motion to extend time for filing any motion for rehearing. The Court had not yet ruled on the motion but these types of motions are typically approved. This means the Court of Appeals will accept a motion for rehearing if you chose to file one within the time period. The time for filing any PDR will run from the date any motion for rehearing is denied. If you do not seek rehearing, the date for any PDR will be 15 days after the date any motion for rehearing was required to be filed.

You should send a copy of the PDR, and any other documents filed with the courts, to the District Attorney and the State Prosecuting Attorney. Those addresses are as follows: **Bell County District Attorney, P.O. Box 540, Belton, Texas 76513** and **State Prosecuting Attorney, P. O. Box 13046, Austin, Texas 78711-3046.**

Finally, I again assure you I did my best to obtain relief in your case. Please understand that I do not like to lose either. I also sincerely wish you all the best in any further challenges to your conviction and for release at the earliest opportunity.

Very truly yours,

Ken Mahaffey


**attachments**: Opinion and Judgment in cause number 03-15-0043-CR